COURT OF APPEALS

                                                 SECOND
DISTRICT OF TEXAS

                                                                 FORT
WORTH

 

 

                                        NO.
2-08-002-CV

 

 

PRISCILLA PORRAS                                                             APPELLANT

 

                                                   V.

 

TEMPEST RECOVERY SERVICES,                                              APPELLEE

INC.
(SERVICING AGENT FOR

PREMIER AUTO FINANCE)                                                                     

                                              ------------

 

         FROM
COUNTY COURT AT LAW NO. 1 OF TARRANT COUNTY

 

                                              ------------

 

                                MEMORANDUM
OPINION[1]

                                              ------------








On July 22, 2008, we notified
Appellant Priscilla Porras that her brief did not comply with rules 9.4(h) and
38.1(a)B(j) of the Texas Rules of Appellate Procedure.[2]  On August 12, 2008, we notified Appellant
that her amended brief did not comply with rules 9.4(h) and 38.1(a), (d), (f),
(g), (h), and (j).[3]  We allowed Appellant until August 22, 2008 to
file a second amended brief that complied with the above rules.  We stated in our letter to Appellant that her
failure to do so would result in our striking her brief and dismissing her
appeal for want of prosecution.[4]  On August 25, 2008, we received Appellant=s second amended brief.  It does
not comply with rules 38.1(a), (d), (f), and (h).[5]

Accordingly, we strike
Appellant=s brief and
dismiss this appeal for want of prosecution.[6]

PER CURIAM

PANEL: 
DAUPHINOT, HOLMAN, and GARDNER, JJ.

DELIVERED: 
September 11, 2008

 











[1]See Tex. R. App. P. 47.4.





[2]See Tex. R. App. P. 9.4(h), 38.1(a)B(j).





[3]See Tex. R. App. P. 9.4(h), 38.1(a),
(d), (f), (g), (h), (j).





[4]See Tex. R. App. P. 38.8(a), 38.9(a),
42.3.





[5]See Tex. R. App. P. 38.1(a), (d), (f),
(h).





[6]See Tex. R. App. P. 38.8(a), 42.3(b),
(c).